# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBERT ZIMMERMANN,<br><br>        Plaintiff,<br><br>vs.<br><br>BOYD GAMING CORPORATION, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>        Defendant. | 2:20-cv-00047-APG-DJA<br><br>**<u>ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION</u>** |

The court has set this matter for an early neutral evaluation session on **July 17, 2020, at 10:00 AM, in the chambers of the undersigned U.S. Magistrate Judge, Cam Ferenbach, located on the third floor of the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Suite 3005, Las Vegas, Nevada 89101**.

The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus.  For example:

•     All visitors to the courthouse will be required to maintain a social distance of at least six feet and either wash their hands or use hand sanitizer before entering the courtroom.

•     Inside the courtrooms, conference rooms, chairs, tables, and microphones that have been utilized will be cleaned after each early neutral evaluation session.  Counsel are encouraged to bring disinfectant wipes to clean the surface areas utilized to their own comfort level as well.

•     Early Neutral Evaluation attendees are encouraged to bring and wear personal protective equipment including face masks, gloves, or other protective coverings.

**If you do not feel well, contact chambers (702)464-5540 immediately to reschedule this ENE or make arrangements to attend it remotely.  DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS such as a cough, fever, or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID-19 infection.  Refer to Temporary General Order 2020-02 for additional courthouse-access policies and procedures.**

If a party prefers to appear by video conference, the party must notify chambers (702-464-5540) of that decision by July 10, 2020.  If the party is appearing by video conference, it is responsibility of that party to set-up and coordinate the video conference for the ENE and be prepared to do a test run of the video conference on July 14, 2020.

DATED this 6th day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE